Michael WILLIAMS, Petitioner–Appellant,

v.

FEDERAL CORRECTIONAL INSTITUTE, Estill; G. Maldonado, Respondents–Appellees.

No. 04–7039.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 25, 2004.

Decided: Nov. 30, 2004.

Michael Williams, Appellant pro se.

Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Williams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Federal Corr. Inst., Estill,* No.

CA–03–2578–6–24AK (D.S.C. June 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*